UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

AMIL DINSIO,

                              Plaintiff,

                                                                   <u>DECISION AND ORDER</u>

                                                                       05-CV-6159L

          v.

THE FEDERAL BUREAU OF INVESTIGATION,
et al.,

                              Defendants.

_____

     Plaintiff, Amil Dinsio, has moved for reconsideration of the Court's August 16, 2007 Decision and Order granting summary judgment for defendants and dismissing the complaint. In support of the motion, plaintiff simply repeats arguments that he previously made in opposition to defendants' motion for summary judgment. I am no more persuaded by those arguments now than I was then, and plaintiff's motion is therefore denied. *See Caisse Nationale de Credit Agricole v. CBI Industries, Inc.*, 90 F.3d 1264, 1270 (7th Cir. 1996) ("Reconsideration is not an appropriate forum for rehashing previously rejected arguments").

**CONCLUSION**

Plaintiff's motion for reconsideration (Dkt. #51) is hereby denied.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
September 5, 2007.